In re:  Case No. 20-11888-t
Rudy Montano, JR  Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 1084-1      User: admin      Page 1 of 2
Date Rcvd: Sep 30, 2020      Form ID: 309A      Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rudy Montano, JR, 2923 Manzano St NE, Albuquerque, NM 87110-3027 |
| 3934255 | + | ArrowHead Pointe, 12021 Skyline Rd. NE, Albuquerque, NM 87123-3069 |
| 3934256 | + | Chang Tim Lim, 2923 Manzano St NE, Albuquerque, NM 87110-3027 |
| 3934257 | + | Comcast Communications LLC, 301 Sundance Parkway, Round Rock, TX 78681-8004 |
| 3934258 | + | Davita Medical Group, PO Box 912680, Denver, CO 80291-2680 |
| 3934259 | | Love Lace Medical Group, PO Box 840065, Dallas, TX 75284-0065 |
| 3934254 | + | Payment 1, 6125 Montgomery Blvd NE, Albuquerque, NM 87109-1487 |
| 3934262 | + | Texoma Community Cr UN, PO Box 1320, Witchita Falls, TX 76307-1320 |
| 3934268 | + | The Receivable Management Servc. LLC, PO Box 19646, Minneapolis, MN 55419-0646 |
| 3934269 | + | Trans World Systems Inc., 500 Virginia Dr, Suite 514, Port Washinton, PA 19034-2733 |
| 3934263 | + | UNM Med G, PO Box 15273, Wilmington, DE 19850-5273 |
| 3934266 | + | UNM Medical Group, PO Box 15273, Wilmington, DE 19850-5273 |
| 3934265 | + | UNM medical Group, 1131 University Blvd NE, Suite D, Albuquerque, NM 87102-1738 |
| 3934272 | + | Waypoint Resource Group, 301 Sundance Pkwy, Round Rock, TX 78681-8004 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: stlaws@gmail.com | Oct 01 2020 01:38:00 | Sean Patrick Thomas, Sean Patrick Thomas Attorney, 5720 Osuna Rd NE, Albuquerque, NM 87109 |
| tr | | EDI: FYGONZALES.COM | Oct 01 2020 04:13:00 | Yvette J. Gonzales, Trustee, PO Box 1037, Placitas, NM 87043-1037 |
| ust | | Email/Text: USTPREGION20.OC.ECF@USDOJ.GOV | Oct 01 2020 01:38:00 | United States Trustee, PO Box 608, Albuquerque, NM 87103-0608 |
| 3934260 | + | Email/Text: brenda@mph2funding.com | Oct 01 2020 01:38:00 | MPH2 Funding, 3605 Tamarac Dr, Denver, CO 80237-1411 |
| 3934276 | | EDI: NMTRD.COM | Oct 01 2020 04:13:00 | New Mexico Taxation & Revenue Department, Bankruptcy Section, PO Box 8575, Albuquerque NM 87198-8575 |
| 3934261 | | Email/Text: banko@preferredcredit.com | Oct 01 2020 01:38:00 | Preferred Credit, PO Box 1679, St Cloud, MN 56302 |
| 3934267 | + | Email/Text: customerservice@rfgionline.com | Oct 01 2020 01:38:00 | Rozlin Financial Group Inc., PO Box 537, Sycamore, IL 60178-0537 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 3934270 | *+ | Trans World Systems Inc., 500 Virginia Dr, Suite 514, Port Washinton, PA 19034-2733 |

| | | |
|---|---|---|
| 3934271 | *+ | Trans World Systems Inc., 500 Virginia Dr, Suite 514, Port Washinton, PA 19034-2733 |
| 3934264 | *+ | UNM Med G., Po Box 15273, Wilmington, DE 19850-5273 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020        Signature:        /s/Joseph Speetjens

| | | **Information to identify the case:** | | |
|---|---|---|---|---|
| Debtor 1 | | **Rudy Montano JR** | Social Security number or ITIN | xxx–xx–4161 |
| | | First Name    Middle Name    Last Name | | |
| | United States Bankruptcy Court | **District of New Mexico** | Date case filed for chapter  **7** | **9/29/20** |
| | Case number: | **20–11888–t7** | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Rudy Montano JR | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2923 Manzano St NE<br>Albuquerque, NM 87110 | |
| 4. | **Debtor's attorney**<br>Name and address | Sean Patrick Thomas<br>Sean Patrick Thomas Attorney<br>5720 Osuna Rd NE<br>Albuquerque, NM 87109<br>Contact phone  505–999–1238<br>Email  stlaws@gmail.com | |
| 5. | **Bankruptcy Trustee**<br>Name and address | Yvette J. Gonzales<br>Trustee<br>PO Box 1037<br>Placitas, NM 87043–1037 | Contact phone  505–771–0700<br>Email  yjgllc@yahoo.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page 1
9/30/20

| 6. | Bankruptcy clerk's office | Pete V. Domenici U.S. Courthouse<br>333 Lomas Blvd. NW, Suite 360<br>Albuquerque, NM 87102 | Hours open 8:30 AM to 4:30 PM |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | | Contact phone 505-415-7999/866-291-6805<br><br>Court Website www.nmb.uscourts.gov |

| 7. | Meeting of creditors | **November 6, 2020 at 11:00 AM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **AT THE TIME SHOWN CALL: 1-877-633-8981, Passcode: 4824077, after joining the call, press *6 to mute/unmute.** |

| 8. | Presumption of abuse | The presumption of abuse does not arise. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | Deadlines | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 1/5/21** |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to File Certification About a Financial Management Course:** | **Filing deadline: 1/5/21** |
| | | • You must file a statement that you have completed the personal financial management course pursuant to Federal Rule of Bankruptcy Procedure 1007(c). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | Proof of claim | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page **2**

Case 20-11888-t7    Doc 10    Filed 10/02/20    Entered 10/02/20 22:51:23 Page 4 of 4